# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV290

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **REAL PROPERTY AT 130 HIGH** ) | **JUDGMENT BY DEFAULT,** |
| **ROCK ACRES DRIVE, BLACK** ) | **ENTRY OF JUDGMENT, AND** |
| **MOUNTAIN, NORTH CAROLINA,** ) | **FINAL JUDGMENT OF FORFEITURE** |
| **AS DESCRIBED IN A DEED AT** ) | |
| **DEED BOOK 2881, PAGE 660-02, OF** ) | |
| **THE BUNCOMBE COUNTY, NORTH** ) | |
| **CAROLINA, PUBLIC REGISTRY,** ) | |
| **TOGETHER WITH THE** ) | |
| **RESIDENCE, AND ALL** ) | |
| **APPURTENANCES,** ) | |
| **IMPROVEMENTS, AND** | |
| **ATTACHMENTS THEREON,** | |
| Defendant. | |

**THIS MATTER** is before the Court on the United States' Motion for an Order directing Judgment by Default pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a)(2)(A)(iii) against the defendant property.

For the reasons stated in the Motion and no response being necessary, the Motion is allowed.

1

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The government's Motion for Judgment by Default, Entry of Judgment, and Final Order of forfeiture against the **DEFENDANT PROPERTY:**

> Real Property at 130 High Rock Acres Drive, Black Mountain, North Carolina, as Described in a Deed at Deed Book 2881, Page 660-02, of the Buncombe County, North Carolina, Public Registry, Together with the Residence, and All Appurtenances, Improvements, and Attachments Thereon,

shall be granted and judgment of forfeiture is entered in favor of the United States against all persons and entities in the world;

2. Any and all right, title and interest of all persons in the world in or to the defendant property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

3. The United States Marshal or other appropriate federal agency is hereby directed to dispose of the forfeited defendant property as provided by law.

Signed: March 22, 2007

Lacy H. Thornburg
United States District Judge