IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06cv290

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) Vs. ) ) REAL PROPERTY AT 130 HIGH ) ROCK ACRES DRIVE, ) ) Defendant. ) _____ ) | ORDER |

**THIS MATTER** is before the court on the joint Motion for Stay. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion for Stay (#23) is **GRANTED,** and this action is **STAYED** up to and inclusive of May 6, 2008, which stay shall dissolve that day without further court Order. Not later than May 7, 2008, all dispositive motions or a joint motion for trial setting shall be filed.

Signed: March 13, 2008

_____

Dennis L. Howell
United States Magistrate Judge